UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:19-cv-12597

DAVID J. HOWE,

        Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE RMAC TRUST SERIES 2016-CTT and
RUSHMORE LOAN MANAGEMENT SERVICES, LLC,

        Defendants.

**CORPORATE DISCLOSURE STATEMENT**

    Defendant Rushmore Loan Management Services LLC ("Rushmore"), pursuant to Federal Rule 7.1 and L.R. 7.3, discloses as follows:

1. Rushmore is a wholly-owned subsidiary of Roosevelt Management Company, LLC. No publicly held company owns 10% or more of Rushmore's stock.

///

///

///

///

///

///

///

///

///

        Respectfully submitted,
DEFENDANTS U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE RMAC TRUST SERIES 2016-CTT AND RUSHMORE LOAN MANAGEMENT SERVICES LLC,
By their attorneys,

Dated: December 31, 2019

*/s/ Ryan S. Moore*
Ryan S. Moore (BBO #673069)
Christopher J. Williamson (BBO #690589)
HOUSER LLP
400 TradeCenter, Suite 5900
Woburn, MA 01801
Tel: (339) 203-6498
Fax: (212) 490-3332
rmoore@houser-law.com
cwilliamson@houser-law.com

## CERTIFICATE OF SERVICE

I, Ryan S. Moore, hereby certify that on December 31, 2019, a true and correct copy of the foregoing was served via ECF on the following:

Josef Culik
Kristin L. Thurbide
Culik Law PC
101 Federal St., Suite 1900
Boston, MA 02110

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 31, 2019

*/s/ Ryan S. Moore*
Ryan S. Moore, BBO No. 673069