UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:19-cv-12597

DAVID J. HOWE,

       Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE RMAC TRUST SERIES 2016-CTT and RUSHMORE LOAN MANAGEMENT SERVICES, LLC,

       Defendants.

## **CORPORATE DISCLOSURE STATEMENT**

Defendant U.S. Bank National Association, as Trustee for the RMAC Trust Series 2016-CTT (the "Trust"), pursuant to Federal Rule 7.1 and L.R. 7.3, discloses as follows:

1. U.S. Bank National Association is a national banking association wholly owned by U.S. Bankcorp; and

2. Other than U.S. Bankcorp, no publically held corporation owns 10% or more of U.S. Bank National Association's stock.

///

///

///

///

///

///

///

<table>
<tr><td></td><td>Respectfully submitted,<br>DEFENDANTS U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE RMAC TRUST SERIES 2016-CTT AND RUSHMORE LOAN MANAGEMENT SERVICES LLC,<br>By their attorneys,</td></tr>
<tr><td>Dated: December 31, 2019</td><td>/s/ Ryan S. Moore<br>Ryan S. Moore (BBO #673069)<br>Christopher J. Williamson (BBO #690589)<br>HOUSER LLP<br>400 TradeCenter, Suite 5900<br>Woburn, MA 01801<br>Tel: (339) 203-6498<br>Fax: (212) 490-3332<br>rmoore@houser-law.com<br>cwilliamson@houser-law.com</td></tr>
</table>

## CERTIFICATE OF SERVICE

I, Ryan S. Moore, hereby certify that on December 31, 2019, a true and correct copy of the foregoing document was served via ECF on the following:

Josef Culik
Kristin L. Thurbide
Culik Law PC
101 Federal St., Suite 1900
Boston, MA 02110

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 31, 2019        /s/ Ryan S. Moore
                                Ryan S. Moore, BBO No. 673069