UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:19-cv-12597

| | |
|---|---|
| DAVID J. HOWE, | |
| Plaintiff, | |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE RMAC TRUST SERIES 2016-CTT and<br>RUSHMORE LOAN MANAGEMENT SERVICES LLC, | |
| Defendants. | |

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO ITS
MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT**

NOW COME the Defendants U.S. Bank National Association, as Trustee for the RMAC Trust Series 2016-CTT (the "Trust") and Rushmore Loan Management Services LLC ("Rushmore") (together, the "Defendants") and, hereby notice the Court that the Plaintiff, David J. Howe, has failed to oppose or otherwise respond to the Defendants' Motion to Dismiss Plaintiff's Verified Complaint by the agreed upon January 27, 2020 deadline. Pursuant to Local Rule 7.1(f), the Defendant requests that its Motion to Dismiss Plaintiff's Complaint for Civil Case be decided and allowed on the papers. However, if this Honorable Court is not inclined to take such action, the Defendant would still request oral argument pursuant to Local Rule 7.1(d).

///

///

///

///

Respectfully submitted,
DEFENDANTS, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE RMAC TRUST SERIES 2016-CTT, AND RUSHMORE LOAN MANAGEMENT SERVICES LLC,
By their attorneys,

Dated: January 28, 2020

*/s/ Christopher J. Williamson*
Ryan S. Moore (BBO #673069)
Christopher J. Williamson (BBO #690589)
HOUSER LLP
400 TradeCenter, Suite 5900
Woburn, MA 01801
Tel: (339) 203-6498
Fax: (212) 490-3332
rmoore@houser-law.com
cwilliamson@houser-law.com

## CERTIFICATE OF SERVICE

I, Christopher J. Williamson, hereby certify that on January 28, 2020, a true and correct copy of the Defendants' Notice of Non-Opposition to its Motion to Dismiss Plaintiff's Verified Complaint was served via ECF and/or first-class mail, postage prepaid to:

Josef Culik
Kristin L. Thurbide
Culik Law PC
101 Federal St., Suite 1900
Boston, MA 02110

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 28, 2020

*/s/ Christopher J. Williamson*
Christopher J. Williamson, BBO No. 690589